IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

MICHAEL COOPER                                                                           PLAINTIFF

V.                              NO.: 4:08cv00644 BSM

KARL BYRD, et al                                                                       DEFENDANTS

## JUDGMENT

In accordance with the Court's Order entered this date, judgment is hereby entered dismissing Plaintiff's complaint without prejudice.

IT IS SO ORDERED this 22nd day of September, 2008.

_____
UNITED STATES DISTRICT JUDGE